IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| ROBERTO MARTINEZ SANCHEZ,<br><br>      Plaintiff,<br>vs.<br><br>WARDEN IAH SECURE ADULT DETENTION FACILITY, SECRETARY KRISTI NOEM, TODD LYONS, MARCOS CHARLES, HON. PAM BONDI,<br><br>      Defendants. | NO.9:25-CV-00304-MJT-ZJH |

## SHOW CAUSE ORDER

This case is assigned to the Honorable Michael J. Truncale, United States District Judge, and referred to the undersigned United States Magistrate Judge for pretrial management. Doc. No. 2. The undersigned has reviewed the Petition and is of the opinion that Petitioner states one or more factual allegations which, if true, may state a cause of action under 28 U.S.C. § 2241.

It is therefore **ORDERED** that the Clerk of Court shall issue process, and the Respondent shall have ten (10) days from the date of service of process to respond to the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2243 and show cause why relief prayed for should not be granted.

SIGNED this 14th day of November, 2025.

                                                                    Zack Hawthorn
                                                       United States Magistrate Judge