IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| ROBERTO MARTINEZ SANCHEZ,<br><br>*Petitioner*,<br><br>v.<br><br>KRISTI NOEM, Secretary, U.S. Department of Homeland Security; TODD LYONS, Acting Director, U.S. Immigration and Customs Enforcement (ICE); MARCOS CHARLES, Acting Executive Associate Director, ICE and Removal Operations; PAMELA BONDI, U.S. Attorney General; and WARDEN, IAH Secure Adult Detention Facility,<br><br>*Respondents*. | § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 9:25-CV-00304<br>JUDGE MICHAEL J. TRUNCALE |

**ORDER DENYING AS MOOT PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241 AND COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF**

Before the Court is Petitioner Roberto Martinez Sanchez's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and Complaint for Declaratory and Injunctive Relief (the "Petition"), which was filed on November 11, 2025. [Dkt. 1]. In response to the Court's second Order to Show Cause, Respondents advise the Court that Petitioner left the United States on January 17, 2026, after being granted voluntary departure by an immigration judge. [Dkts. 7-1, 7-2]. Because Petitioner is no longer in detention, the Petition seeking release has been rendered moot.

It is therefore **ORDERED** that the Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 and Complaint for Declaratory and Injunctive Relief [Dkt. 1] is hereby **DENIED AS MOOT**.

The Clerk is **INSTRUCTED** to close this case.

**SIGNED this 23rd day of November, 2026.**

Michael J. Truncale
United States District Judge